IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAUREL ANN PRICE, Personal
Representative of the Estate of
GREGORY ALLEN PRICE, deceased,

      Plaintiff,

v.

ROSEBURG POLICE DEPARTMENT,
OFFICER DOUG WALTON,
OFFICER BLAKE CORDELL, and
DOUGLAS COUTY SHERIFF'S OFFICE,

      Defendants.

Case No. 6:15-cv-01114-JR

ORDER

**MCSHANE, Judge**:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R") on June 21, 2017, ECF No. 40, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although Defendants did not file any objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's F&R is adopted in full.

IT IS SO ORDERED.

DATED this 27th day of September, 2017.

                          /s/ Michael J. McShane_____
                          Michael J. McShane
                          United States District Judge